IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TONA M. DEMERS**                                                                                          **PLAINTIFF**

**v.**                  **CASE NO. 4:25-CV-00453-BSM**

**NATIONSTAR MORTGAGE LLC**                                    **DEFENDANT**

**<u>JUDGMENT</u>**

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 6th day of August, 2025.

_____
UNITED STATES DISTRICT JUDGE